IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMEICE NASH**<br>　　　**Petitioner**<br><br>v.<br><br>**COMMONWEALTH OF**<br>**PENNSYLVANIA**<br>　　　**Respondents** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    **Civil No. 16-cv-06387-WB**<br><br>**FILED**<br>**APR 17 2017**<br>KATE BARKMAN, Clerk<br>By_____Dep. Clerk |

**ORDER**

AND NOW this ___17th___ day of ___April___, 2017, upon careful and independent consideration of Jameice Nash's petition for writ of habeas corpus (Doc. No. 1), and the Report and Recommendation of U.S. Magistrate Judge Richard A. Lloret, it is ORDERED that:

1. The Report and Recommendation of Magistrate Judge Richard A. Lloret is APPROVED and ADOPTED;

2. Nash's Petition for Writ of Habeas Corpus is DENIED and DISMISSED without prejudice;

3. No certificate of appealability shall issue under 28 U.S.C. § 2253(c)(1)(A) because "the applicant has [not] made a substantial showing of the denial of a constitutional right[,]" under 28 U.S.C. § 2253(c)(2), since he has not demonstrated that "reasonable jurists" would find my "assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see United States v. Cepero*, 224 F.3d 256, 262-63 (3d Cir. 2000), *abrogated on other grounds by Gonzalez v. Thaler*, ___ U.S. ___, 132 S. Ct. 641 (2012); and,

4. The Clerk of Court shall mark this file closed.

BY THE COURT:

_____
HON. WENDY BEETLESTONE
U.S. District Judge